**CLOSED**

JUL 29 200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN POTTER,

        Plaintiff(s),

vs.

Case No. 02-72943

HON. GEORGE CARAM STEEH

CMS ENERGY CORP., et al

        Defendant(s).

_____/

## ORDER OF ADMINISTRATIVE CLOSING

On October 23, 2002 an Order to Consolidate case numbers 02-72834 and 02-72943 was entered, consolidating the cases into Master File No. 02-72834.

Accordingly, the above-captioned case is hereby DISMISSED FOR ADMINISTRATIVE PURPOSES ONLY.

SO ORDERED.

                                        GEORGE CARAM STEEH
                                        United States District Judge

Dated: July 29, 2005
       Detroit, Michigan

FILED
JUL 29 2005
CLERK'S OFFICE
DETROIT